Office of the Secretary of State
Building 1 Suite 157-K
1900 Kanawha Blvd E.
Charleston, WV 25305



**Mac Warner**
Secretary of State
State of West Virginia
Phone: 304-558-6000
886-767-8683
Visit us online:
www.wvsos.com

RORY L. PERRY II
Sidney L. Christie Federal Bldg.
845 Fifth Avenue, Room 101
Huntington, WV 25701



**Control Number:** 256623

**Defendant:** JPMORGAN CHASE BANK, N.A.
1111 POLARIS PARKWAY
COLUMBUS , OH 43240 US

**County:** Federal
**Civil Action:** 3:20-cv-00231
**Certified Number:** 92148901125134100002701427
**Service Date:** 4/10/2020

I am enclosing:

**1 summons and complaint**

which was served on the Secretary at the State Capitol as your statutory attorney-in-fact. According to law, I have accepted service of process in the name and on behalf of your unauthorized foreign corporation.

*Please note that this office has no connection whatsoever with the enclosed documents other than to accept service of process in the name and on behalf of your unauthorized foreign corporation as your attorney-in-fact. Please address any questions about this document directly to the court or the plaintiff's attorney, shown in the enclosed paper, **not to the Secretary of State's office**.*

Sincerely,

*Mac Warner*

Mac Warner
Secretary of State

O 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
for the
Southern District of West Virginia ▼

| | )
**Todd Sergent** | )
*Plaintiff(s)* | )
v. | )   Civil Action No. 3:20-cv-00231
**JPMorgan Chase Bank, N.A. and United Collection Bureau, Inc.** | )
*Defendant(s)* | )

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

JPMorgan Chase Bank, N.A.
1111 Polaris Parkway
Columbus, OH 43240

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Megan A. Patrick
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: 4/6/2020

s/Rory L. Perry II
*Signature of Clerk*

RECEIVED APR 09 2020 BY: