IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA

**Todd Sergent,**
        **Plaintiff,**

vs.                                                    Civil Action No.: 20-00231

**JPMorgan Chase Bank, N.A. and**
**United Collection Bureau, Inc.,**
        **Defendants.**

## NOTICE OF SETTLEMENT

The Plaintiff, Todd Sergent, by counsel, hereby submits notice to the Court that the matters at issue between him and JPMorgan Chase Bank, N.A. and United Collection Bureau, Inc. in the present action have been compromised, agreed, and settled. The parties shall submit an Agreed Order of Dismissal in a timely manner.

Dated: July 2, 2020

Respectfully submitted,

By: /s/Megan A. Patrick
Benjamin M. Sheridan (WVSB #11296)
Megan A. Patrick (WVSB #12592)
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
T: (304) 562-7111
F: (304) 562-7115
E: mpatrick@kswvlaw.com
*Counsel for Plaintiff*