IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF WEST VIRGINIA
AT HUNTINGTON

**TODD SERGENT,**

    **Plaintiff,**

v.                                      CIVIL ACTION NO. 3:20:cv:00231
                                                    (Judge Robert C. Chambers)

**JPMORGAN CHASE BANK, N.A. and**
**UNITED COLLECTION BUREAU, INC.,**

    **Defendants.**

### AGREED ORDER OF DISMISSAL WITH PREJUDICE

Plaintiff Todd Sergent ("Plaintiff"), defendant JPMorgan Chase Bank, N.A. ("Chase"), and defendant United Collection Bureau, Inc. ("UCB," and with Chase as "Defendants"), by their respective counsel, announce to the Court that all claims that were asserted or could have been asserted by Plaintiff against Defendants have been fully resolved. Based upon the compromise, the parties jointly move the Court to dismiss the above-styled civil action, with prejudice, with each party to bear its own costs and attorneys' fees.

For good cause shown, and there being no objection thereto, it is hereby **ORDERED** that this case shall be, and is hereby, **DISMISSED, WITH PREJUDICE**. This case shall be **STRICKEN** and **REMOVED** from the docket of this Court.

The Clerk is hereby **DIRECTED** to send certified copies of this Order upon its entry to counsel of record as set forth below.

Entered this _6_ day of _Aug_, 2020.

_____
**ROBERT C. CHAMBERS**
**UNITED STATES DISTRICT JUDGE**

**Submitted by:**

/s/ Megan A. Patrick
Benjamin M. Sheridan (WV Bar No. 11296)
Megan A. Patrick (WV Bar No. 12592
Klein & Sheridan, LC
3566 Teays Valley Road
Hurricane, WV 25526
304.562.7111/ 304.562.7115 (*facsimile*)
mpatrick@kswvlaw.com
**Counsel for Plaintiff**

/s/ Angela L. Beblo
Bruce M. Jacobs (WV Bar No. 6663)
Angela L. Beblo (WV Bar No. 10345)
Spilman Thomas & Battle, PLLC
PO Box 273
Charleston, WV 25321-0273
304.340.3800/ 304.340.3801 (*facsimile*)
bjacobs@spilmanlaw.com
abeblo@spilmanlaw.com
**Counsel for Defendant JPMorgan Chase Bank, N.A.**

/s/ Molly L. Kremer
Molly L. Kremer (WV Bar No. 12942)
Gordon Rees Scully Mansukhani
707 Grant Street, Suite 3800
Pittsburgh, PA 15219
412.588.2284
mkremer@grsm.com
**Counsel for Defendant United Collection Bureau, Inc.**